IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER DAVIS-CLAIR,

    Petitioner,

  v.                                      Case No. 19-cv-44-bbc

WARDEN GARY BOUGHTON,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Christopher Davis-Clair's motion for writ of habeas corpus.

| /s/ | 2/27/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |